UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARTHA McKRILL,

        Plaintiff,

        - against -

POLING & CUTLER MARINE TRANSFER CO., *et al.*,

        Defendants.
-----------------------------------------------------------------X

ORDER
04-CV-4751 (RRM) (MDG)

MAUSKOPF, United States District Judge.

On April 7, 2009, Plaintiff filed a "motion for settlement enforcement." (Docket Entry No. 47.) By Order entered April 16, 2009, this Court referred that motion to the assigned Magistrate Judge, the Honorable Marilyn D. Go, for a Report and Recommendation. After holding numerous conferences with the parties, on December 10, 2009, Judge Go issued a Report and Recommendation (the "R&R") that Plaintiff's motion be denied as moot. (Docket Entry No. 52.) Pursuant to Federal Rules of Civil Procedure 6(a), 6(e), and 72(b), Judge Go reminded the parties that any objection to the R&R was due by December 28, 2009. Neither party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ORDERED that Plaintiff's motion is DENIED as moot.

                                    SO ORDERED.

Dated: Brooklyn, New York
       December 29, 2009

                                    ROSLYNN R. MAUSKOPF
                                    United States District Judge